UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 15, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ACTIVATED CARBON-BASED
HUNTINGCLOTHING MARKETING
AND SALES PRACTICES LITIGATION

Luke Super, et al. v. A.L.S. Enterprises, Inc., et al.,　)
　　　E.D. Michigan, C.A. No. 2:09-12530　　　　　　　)　　MDL No. 2059

CONDITIONAL TRANSFER ORDER (CTO-2)

On June 18, 2009, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  See ___F.Supp.2d___ (J.P.M.L. 2009).  Since that time, three additional actions have been transferred to the District of Minnesota.  With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 18, 2009, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 31, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel